UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTONIO RIVERA and SHARON LOPEZ

        Plaintiffs,    **ECF CASE**

  -against-         Docket No. 07-CV-8061 (DLC)(KNF)

               **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.

        Defendants.
------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant

City of New York, and requests that all future papers in this action be served upon the

undersigned at the address designated below.


Dated: New York, New York
    October 10, 2007

             MICHAEL A. CARDOZO
             Corporation Counsel of
             The City of New York
             Attorney for defendant City of New York
             100 Church Street
             New York, New York 10007
             (212) 442-0832
             (212) 788-9776 (fax)


             By: s/ Hugh A. Zuber     .
               Hugh A. Zuber (HZ 4935)
               Assistant Corporation Counsel

TO: The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC: Brett H. Klein, Esq. (By ECF)
Leventhal & Klein, LLP
45 Main Street
Brooklyn, New York 11201