AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Antonio Rivera and Sharon Lopez

V.

City of New York, John and Jane Does 1 through 10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 8061

TO: (Name and address of Defendant)

    City of New York
    100 Church Street
    New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Leventhal & Klein, LLP
    45 Main Street, Suite 230
    Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

SEP 1 4 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/25/07 |
| NAME OF SERVER (PRINT) Anderson Chan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 100 Church St. 4th Fl. New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Tamekia Mendes-Gammon, legal clerk who is authorized to accept service on behalf of the defendant. F/B/B/28/5'5"/130

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/25/07
          Date

Signature of Server
Anderson Chan - Lic #1220482

Address of Server
815 Broadway 3rd Fl. New York, NY 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

J. MICHAEL McMAHON