```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
ANTONIO RIVERA and SHARON LOPEZ,           :   07 CIV. 8061 (DLC)
                                           :
                Plaintiffs,                :      PRETRIAL
                                           :   SCHEDULING ORDER
       -v-                                 :
                                           :
CITY OF NEW YORK, and JOHN and JANE        :
DOES 1 through 10, individually and in     :
their official capacities, (the names      :
John and Jane Doe being fictitious, as     :
the true names are presently unknown,      :
                                           :
                Defendants.                :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-08

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on January 18, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **January 25, 2008** in order to pursue settlement discussions under his supervision.

2.   The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **January 25, 2008**.

3.   All fact discovery must be completed by **June 27, 2008**.

4.   Plaintiffs' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **July 18, 2008**. Defendants' identification of experts and disclosure of expert testimony must occur by **August 15, 2008**.

5.   All expert discovery must be completed by **September 26, 2008**.

6.  The Joint Pretrial Order must be filed by **October 31, 2008**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         January 18, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge