UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- -X

ANTONIO RIVERA and SHARON LOPEZ,

                Plaintiffs,

   -v-

CITY OF NEW YORK, and JOHN and JANE DOES 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown,

                Defendants.

------------------------------------------------------------------- -X

07 CIV. 8061 (DLC) (KNF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute*

_____

_____

___  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

 X   Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
         January 18, 2008

                                              _____
                                              DENISE COTE
                                          United States District Judge