12122272039

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTONIO RIVERA and SHARON LOPEZ,                    **STIPULATION**

                    Plaintiffs,                      07 CV 8061 (DLC)

        -against-

CITY OF NEW YORK, ET AL.,

                    Defendants.
-------------------------------------------------------------X

It is hereby stipulated and agreed by and between the undersigned attorneys for

the respective parties herein that Plaintiffs may file the annexed Amended Complaint on

consent.

Dated: April 15, 2008

LEVENTHAL & KLEIN, LLP                MICHAEL A. CARDOZO
Attorneys for Plaintiff              Attorneys for Defendants
45 Main Street, Suite 230            100 Church Street
Brooklyn, New York 11201             New York, New York 10007
(718) 722-4100                       (212) 442-0882

By: _____                By: _____
    BRETT H. KLEIN                       HUGH ZUBER

SO ORDERED:

_____
Hon. Denise L. Cote, USDJ

        April 21, 2008