%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Antonio Rivera and Sharon Lopez,

V.

City of New York, et al.

AMENDED
SUMMONS IN A CIVIL ACTION

CASE NUMBER:   07 CV 8061 (DLC)

TO: (Name and address of Defendant)

    Police Officer John Landolfi (Shield No. 06574)
    c/o NYPD, 44th Precinct
    2 East 169th Street
    Bronx, New York 10454

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    LEVENTHAL & KLEIN, LLP.
    45 MAIN STREET, SUITE 230
    BROOKLYN, NEW YORK 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 8 2008

CLERK            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 13, 2008 at 9:39am |
| NAME OF SERVER (PRINT) Luis Agostini | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD, 44th Precinct 2 East 169th Street Bronx NY 10454

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon P.O. Frias #4054, co-worker of the defendant. M, W, Blk, 37, 5'8, 190, glasses

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 15, 2008
Date

Signature of Server
Luis Agostini - 1027732

365 Ford Street Bronx NY 10457
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.