AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Antonio Rivera and Sharon Lopez,

AMENDED
SUMMONS IN A CIVIL ACTION

V.

City of New York, et al.

CASE NUMBER:   07 CV 8061 (DLC)

TO: (Name and address of Defendant)

    Police Officer Paul Zaino (Shield No. 14083)
    c/o NYPD, Narcotic Borough Bronx
    500 Abbott Street
    Bronx, New York

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    LEVENTHAL & KLEIN, LLP.
    45 MAIN STREET, SUITE 230
    BROOKLYN, NEW YORK 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 8 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/28/08 |
| NAME OF SERVER (PRINT) Anderson Chan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1 Police Plaza, Rm. 1100 New York, NY 10038

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served on Mr. Conception, coworker to the deft. M/B/Bald/30/6'0"/200

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/29/08
          Date

Signature of Server
Anderson Chan - Lic #1220182
315 Broadway, 3rd fl. NY, NY 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.