UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTONIO RIVERA and SHARON LOPEZ

                        Plaintiffs,                  **ECF CASE**

      -against-                        Docket No. 07-CV-8061 (DLC)(KNF)

                                           **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.

                      Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants Walter Ostermeir, Paul Zaino, Thomas Joyce, John Landolfi, Philip Birmingham, Michael O'Dougherty, Santos Roman and Steven Ramunno and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
         June 9, 2008

                                             MICHAEL A. CARDOZO
                                             Corporation Counsel of
                                             the City of New York
                                             Attorney for defendants Walter Ostermeir,
                                             Paul Zaino, Thomas Joyce, John Landolfi,
                                             Philip Birmingham, Michael O'Dougherty,
                                             Santos Roman and Steven Ramunno
                                             100 Church Street
                                             New York, New York 10007
                                             (212) 442-0832
                                             (212) 788-9776 (fax)

                                             By:   s/ Hugh A. Zuber             .
                                                   Hugh A. Zuber (HZ 4935)
                                                   Assistant Corporation Counsel

TO:   The Clerk of the Court (By ECF)
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

CC:   Brett H. Klein, Esq.  (By ECF)
      Leventhal & Klein, LLP
      45 Main Street
      Brooklyn, New York 11201