



RECEIVED
JUN 26 2008
CHAMBERS OF
DENISE COTE

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

HUGH A. ZUBER
Assistant Corporation Counsel
phone: 212-442-0832
fax: 212-788-9776
email: hzuber@law.nyc.gov

**MEMO ENDORSED**    June 25, 2008

BY HAND
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

Re: *Antonio Rivera, et al. v. City of New York, et al.*, 07-CV-8061(DLC)(KNF)

Dear Judge Cote:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Walter Ostermeir, Paul Zaino, Thomas Joyce, John Landolfi, Philip Birmingham, Michael O'Dougherty, Santos Roman and Steven Ramunno in the above-referenced matter. I write on behalf of both parties to request an extension of the fact discovery deadline, from June 27, 2008, to August 27, 2008. Should Your Honor grant this request, both parties further respectfully request that the Court enlarge the corresponding deadlines as set forth in the Your Honor's Pre-Trial Scheduling Order, dated January 18, 2008, by sixty (60) days. This is the first request for an extension of the discovery deadline.

    To date, plaintiffs and defendants have responded to the respective Requests for the Production of Documents. Defendants are preparing responses to plaintiffs' Interrogatories and should have them submitted to plaintiffs' counsel, Brett Klein, Esq., within five days. Recently, plaintiffs have amended their Complaint and now depositions for all parties are being contemplated and scheduled. Therefore, an enlargement of time will allow the parties to complete the depositions and any outstanding discovery issues. Finally, defendants have received a settlement demand and are presently working to get the authority to have a meaningful discussion with plaintiffs' counsel within the next few weeks.

As set forth above, the parties have been working together to resolve any disputes and to narrow the scope of this case. An extension of time would enable the parties to continue to conduct discovery while attempting to resolve this matter.

Therefore, for the reasons set forth above, the parties respectfully request that their time to complete fact discovery be extended to August 27, 2008, and if the Court grants this request, both parties further respectfully request that the Court enlarge the corresponding deadlines as set forth in the Your Honor's Pre-Trial Scheduling Order, dated January 18, 2008, by sixty (60) days.

Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Hugh A. Zuber*
Hugh A. Zuber (HZ 4935)
Assistant Corporation Counsel

BY FAX
Brett H. Klein, Esq.
Levanthal & Klein, LLP
45 Main Street, Suite 820
Brooklyn, New York 11201
718-722-4100
718-522-3225 (fax)

> The dates in paragraphs 3-6 of the 1/18/08 Order are each extended 60 days, except that the Pretrial Order is due 1/9/09. There shall be no extension of the 1/9/09 date. The case is placed on the Feb'y 2009 trial ready calendar.
>
> /s/ Denise Cote
> June 26, 2008

2